```
                                                    FILED
                                    CLERK U.S. DISTRICT COURT
                                    2011 AUG 24 PM 2:48
                                    CENTRAL DIST. OF CALIF.
                                    SANTA ANA
                                    BY_____
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

September 2010 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | SA CR No **SA CR11-0193** |
| Plaintiff, | <u>I N D I C T M E N T</u> |
| v. | [18 U.S.C. § 1591(a)(1): Sex Trafficking of Children or by Force, Fraud, or Coercion; 18 U.S.C. § 2423(a): Transportation of Minors into Prostitution] |
| SAMUEL MARTINEZ GONZALEZ, | |
| Defendant. | |

The Grand Jury charges:

COUNTS ONE THROUGH THREE

[18 U.S.C. § 1591(a)]

From on or about August 6, 2011, through on or about August 12, 2011, in Orange County, within the Central District of California, and elsewhere, defendant SAMUEL MARTINEZ GONZALEZ, knowingly, in and affecting interstate and foreign commerce, did recruit, entice, harbor, transport, provide, obtain, and maintain by any means the below listed persons, knowing that force, threats of force, and coercion would be used to cause said

persons to engage in a commercial sex act, and knowing that said persons had not attained the age of 18 years and would be caused to engaged in a commercial sex act:

| COUNT | MINOR |
|---|---|
| ONE | V.R. |
| TWO | J.T. |
| THREE | S.T. |

## COUNTS FOUR THROUGH SIX

[18 U.S.C. § 2423(a)]

From on or about August 6, 2011, through on or about August 12, 2011, in Orange County, within the Central District of California, and elsewhere, defendant SAMUEL MARTINEZ GONZALEZ, did knowingly transport the below listed persons, who had not attained the age of 18 years, in interstate commerce, from the State of Texas to the State of California, with the intent that said persons would engage in prostitution and other sexual

//
//
//

1 activity for which a person could be charged with a criminal
2 offense:

| COUNT | MINOR |
|-------|-------|
| FOUR  | V.R.  |
| FIVE  | J.T.  |
| SIX   | S.T.  |

A TRUE BILL

/S/
_____
Foreperson

ANDRÉ BIROTTE JR.
United States Attorney

[signature]

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division

DENNISE D. WILLETT
Assistant United States Attorney
Chief, Santa Ana Branch Office

DOUGLAS F. McCORMICK
Assistant United States Attorney
Deputy Chief, Santa Ana Branch Office

SANDY N. LEAL
Assistant United States Attorney